UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

        v.              CASE NO. 12-50016

PAUL BRADLEY                                          DEFENDANT

## AMENDED AND SUBSTITUTED[1] MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On April 9, 2012, the Court entered an order granting Defendant's Motion for a Competency Evaluation (Docs. 14, 15). On June 12, 2012, a psychological evaluation report was filed with the Court, in which, Dr. Robert Johnson, a licensed psychologist with the Federal Correctional Institution in Fort Worth, Texas, opined that the Defendant "does not appear to suffer from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense." (Doc. 17 at pg. 9.)

The Court conducted a hearing on June 29, 2012, to inquire if the Government or the defense had any objection to the report. The Government and defense counsel expressed no objection to Dr. Johnson's competency finding. Based upon Dr. Johnson's uncontested evaluation, the Court finds that the Defendant is competent to proceed in this matter, as he appears to have sufficient ability to consult with his lawyer with a reasonable

---

[1] The original Report and Recommendation entered on July 2, 2012, failed to advise the parties of their right to file objections. The only amendment reflected in the instant Report and Recommendation is the final paragraph advising the parties of this right.

degree of understanding and to possess a rational as well as factual understanding of the proceedings against him.  See Dusky v. United States, 362 U.S. 402, 402 (1960); United States v. Ghane, 490 F.3d 1036, 1040-41 (8th Cir. 2007).

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 3rd day of July, 2012.


/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

-2-